IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:13cr485 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Christopher A. Boyko |
| ) | |
| DANIEL LEOTTO JOHNSON, ) | |
| ) | |
| Defendant. ) | <u>ORDER</u> |
| ) | |

      This matter was before the Court on March 3, 20201, for hearing on the Government's request for revocation of Defendant Daniel Leotto Johnson's supervised release. The Defendant was present and represented by counsel.

      A Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on February 11, 2021, at which time the Defendant admitted to the following violations: 1) Failure to report change in residence to PO within 72 hours; 2) Failure to report change in employment to PO within 72 hours; 3) Cognitive Behavioral discharge; 4) Failure to submit urinalysis; and 5) Failure to follow U.S. Probation Officer's instructions. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation. The Court finds Defendant in violation and revokes supervised release.

      The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of nine (9) months. No further period of supervised release to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: March 3, 2021

s/ Christopher A. Boyko  
CHRISTOPHER A. BOYKO  
SENIOR UNITED STATES DISTRICT JUDGE